IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LIGGONS TROY,  )
 )
       Plaintiff,  )
 )
  v.  ) No. 09 C 7230
 )
WOLSKI M. FRANK, et al.,  )
 )
       Defendants.  )

## MEMORANDUM ORDER

Pro se plaintiff Troy Liggons ("Liggons") has responded to this Court's November 20, 2009 memorandum order ("Order") by filing a more thoroughly filled out Motion for Appointment of Counsel ("Motion"), plus some documents that underlie his Complaint of Employment Discrimination against Frank and Linda Wolski (collectively "Wolskis"). Because the Motion is now in suitable form, this Court has obtained the name of this counsel to represent Liggons on a pro bono publico basis:

    Richard Bruce Levy, Esq.
    Johnson & Bell, Ltd.
    33 West Monroe Street, Suite 2700
    Chicago IL 60603

That however is really the starting point for consideration of Liggons' case. In addition to causing Wolskis to be served, appointed counsel must review the Order and promptly respond to the questions raised there. Finally, an initial status hearing date is set for 9 a.m. January 21, 2010.

                                    _____
                                    Milton I. Shadur
Date: December 8, 2009  Senior United States District Judge